```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  MAR - 6 2008

            CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

90-131

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) ORDER OF DETENTION AFTER |
| Plaintiff, ) | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | ) Allegations of Violations of Probation |
| Anthony Diblasio ) | ) Supervised Release) |
| Defendant. ) | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ✓ ( ) the appearance of defendant as required; and/or

(B) ( ✓ ) the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he can abide by court orders

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he can remain in compliance with court orders

IT IS ORDERED that defendant be detained.

DATED: 3/6/08

*[signature]*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE